# UNITED STATES DISTRICT COURT

for the

MIDDLE District of FLORIDA

JACKSONVILLE Division

| | |
|---|---|
| WILLIAM J. MORRA, JR. <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> MONIQUE HOUSTON WORRELL, MARCOS R. LOPEZ, ALISON LOPEZ, E. BOOS, MICHELLE KEEFER, KYLE GLENN, ORLEN CRIST, JENNIFER LYNN, PETERS, LISA R. BARKER, TIANA COLLAZO, JESSICA, TRAVI, KELVIN SOTO. <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. **3:23-cv-888-MMH-PDB** <br> *(to be filled in by the Clerk's Office)* <br><br> FILED CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL <br> 2023 JUL 28 PM 3:13 |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: William J. Morrison
All other names by which you have been known: 
ID Number: X13020
Current Institution Address: RMC West Unit Cm4, P.O Box 628, Lake Butler, Florida, FL 32054-0628

City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Monique Haughton Worrell
Job or Title *(if known)*: State Attorney
Shield Number:
Employer: Osceola County Courthouse
Address: 2 Courthouse Sq., Kiss, FL 34741

City / State / Zip Code

[ ] Individual capacity   [X] Official capacity

**Defendant No. 2**
Name: Marcos R. Lopez
Job or Title *(if known)*: Sheriff
Shield Number:
Employer: Osceola Sheriff's Dept.
Address: 1601 Iron Br. D, Kiss, FL 34744

City / State / Zip Code

[ ] Individual capacity   [X] Official capacity

Defendant No. 3
  Name: MICHELLE KEEFER
  Job or Title (if known): OSCEOLA SHERIFF'S DEPT
  Shield Number: COP.
  Employer:
  Address: 2601 IRLO BRON HWY.
           KISSIMMEE   FL   34744
           City         State   Zip Code
  [ ] Individual capacity   [x] Official capacity

Defendant No. 4
  Name: JENNIFER LYNN PETERS.
  Job or Title (if known): P.O?
  Shield Number:
  Employer: 1605 JOHN YOUNG PKWY.
  Address:
           1485         FL   34744
           City         State   Zip Code
  [ ] Individual capacity   [x] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

  A.  Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [x] State or local officials (a § 1983 claim)

  B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  FALSIFIED DOCUMENTS UNLAWFUL, FALSIFIED WARRANT NO WARRANT DISHONESTY FALSE DECLARATION FUGITIVE FROM JUSTICE

  C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  STATE FALSE ARREST ~~FEDER~~ UNDER FALSE PRETENCES
  4, 5 6 AMENDS TO THE CONSTITUTION

FALSE DOCUMENTS UNLAWFUL DETENTION

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

FALSE TESTIMONY UNDER OATH

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☑ Other *(explain)* "NO BILL" NOLLE' PROSSE' IN ITS ENTIRETY FALSE IMPRISONMENT FRAUD UPON MR. MONICA STATES[?]FICIALS

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

FALSE ARREST   FALSE IMPRISONED

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

THESE ARE THE SHERIFFS DEPT CRIMINALS,

C. What date and approximate time did the events giving rise to your claim(s) occur?

ON MARCH, 27th 2019 TO PRESENT,

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

UNLAWFUL ARREST, EXCESSIVE FORCE WHILE HANDCUFFED, C. BOS TWISTED MY ARMS WHILE HANDCUFFED AND ROUGH HOUSED, for no legal reasons WHATSOEVER.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1) FR SHOULDERS, IT WAS BROTHER ON SEPT 3, 3:09 PM JOHN CRIST USED EXCESSIVE FORCE, HAD SIX CRUISERS, FOR NO LEGAL REASONS FALSE ARREST FALSE IMPRISONMENT, CONSPIRACY OBSTRUCTION OF JUSTICE, OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE, IN ITS ENTIRETY

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

300 MILLION US DOLLARS FALSE IMPRISONMENT CONTINUING FOR "FROM" UPON THE COURT FINAL ORDER CAUSE FIRST IN OUR FAVOR SEE- 12-15-21- 1-14-2 FINAL WIN WIN, FOREVER DISCHARGED BY COURT ORDER ASSISTANT STATE ATTORNEY, FOR STATE "US BILL" "NOLLE" PROSSED. IN ITS ENTIRETY

EXECUTION OF PAYMENT IN FULL

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

N/A

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☑ No
☐ Do not know

N/A

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☐ Do not know

N/A

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No           N/A

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

N/A

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

N/A

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   N

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-11-23

Signature of Plaintiff: William J. Murrah Pro Se' Affiant
Printed Name of Plaintiff: William J. Morris, Jr. Plaintiff Affiant
Prison Identification #: X13020
Prison Address: RMC West Unit
P.O. Box 628  Lake Butler, Florida  32054-0628
                City                    State        Zip Code

### B. For Attorneys

Date of signing: 7-11-23

Signature of Attorney: William J. Murrah
Printed Name of Attorney:
Bar Number:
Name of Law Firm: Pro Se
Address: Same as above  3580 Microgoutove
          KB33 Friton
          KB.              FL        34744
                City                    State        Zip Code
Telephone Number: 321-397-5940
E-mail Address: Morrahwill@gmail.com

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

### EXPLANATION AND INSTRUCTIONS FOR PRISONERS FILING A CIVIL ACTION UNDER:

- **42 U.S.C. § 1983** for suits against state actors
- **28 U.S.C. § 1331** for suits against federal defendants pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)

**1. Complaint and application to proceed *in forma pauperis*.** This packet includes a complaint form which must be completed as instructed below. Actions filed by pro se prisoner litigants will not be considered by the Court unless this complaint form has been completed. Also included is an application to proceed *in forma pauperis*, which you must complete if you cannot pay the filing fee.

**2. Format.** Your complaint must be legibly handwritten, typewritten, or computer generated. You must answer all of the questions on the complaint form. You must provide your full and correct name as Plaintiff. When listing Defendants, you must provide the name and either job title or position; e.g., Officer J. Smith. You must furnish an address for each Defendant. If you need additional space to answer a question, you may use additional blank pages, but do not write on the reverse side of any page. You must sign the complaint on the last page of the complaint form. You should keep a copy of the complaint for your records, but the complaint that is sent to the Court for filing must contain your original signature. You must provide truthful statements; any false statement made in the complaint or application to proceed *in forma pauperis* may result in sanctions, including the dismissal of your case.

**3. Claims.** State the facts that support your claim or claims. The claims raised in this action must relate to the same basic incident or issue. Any other claims must be addressed in a separate civil rights complaint. When presenting the facts in the complaint, it is unnecessary to make legal arguments or provide case citation. You may attach as exhibits to your complaint any documents related to the exhaustion of your administrative remedies. Otherwise, you will be advised when the submission of argument or evidence in support of your claim or claims is appropriate.

**4. Filing fee.** You must either:

> **a. Pay the filing fee of $402.** The total filing fee, if not granted leave to proceed *in forma pauperis*, is $402, which reflects the statutory fee of $350 (*see* 28 U.S.C. § 1914(a)) and the administrative fee of $52. (A prisoner who is granted *in forma pauperis* status will be assessed the statutory filing fee of $350, but will not be responsible for the administrative fee.) The total filing fee must be paid at the same time you submit your complaint. If you can pay this fee, you are also responsible for the costs of service of the complaint upon Defendants, although you may seek assistance from the Court. *See, e.g.*, Fed. R. Civ. P. 4(c)(3).
>
> Prisoners must pay the $402 filing fee by money order, cashier's check, or in-person credit card.
>
> **b. Petition the Court to proceed *in forma pauperis*.** This option is available if you are unable to pay the filing fee and service costs for this action. You may petition the Court to proceed *in forma pauperis* using the application to proceed *in forma pauperis* included in this packet or found on the Court's website. To begin the

*in forma pauperis* process, you must first execute the attached application to proceed *in forma pauperis*, setting forth the information that establishes your financial status. You must answer every question on the application and ensure that an authorized official at the institution completes the certificate. You must also provide the Court with a certified copy of your prison account statement containing all transactions in your prisoner account for the six (6) months preceding the filing of the complaint.

Please note that even if you proceed *in forma pauperis*, you will be required to pay a filing fee of $350. In the event you are unable to pay the filing fee at the time the action is filed, the Court may assess an initial partial filing fee. After the initial partial filing fee is paid, the prison at which you are incarcerated will be required to forward to the Clerk's Office monthly payments of 20% of the preceding month's income credited to your inmate account until the $350 filing fee is paid. Notwithstanding the above, the party seeking leave to proceed *in forma pauperis* may be required to pay, as a condition to allowing the case to proceed *in forma pauperis*, a stated portion of the Clerk's and/or Marshals' fees.

**The Court may deny any motion to proceed *in forma pauperis* if the prisoner either submits an incomplete or unsigned application or fails to submit an inmate account form.**

Even if a prisoner pays some or all the filing fee, the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2), requires that the Court dismiss a lawsuit if:

- the prisoner's allegation of poverty is untrue;

- the lawsuit is frivolous or malicious;

- the complaint fails to state a claim upon which relief may be granted; or

- the complaint makes a claim against a defendant for money damages and the defendant is immune from liability for money damages.

Finally, if a prisoner files more than three lawsuits or appeals that are dismissed as frivolous, malicious, or not stating a claim on which relief can be granted, the prisoner cannot proceed *in forma pauperis* in any federal suit unless he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

**5. Service.** In a civil case (for example, a civil rights action or negligence action), if *in forma pauperis* status is granted, the Court may direct that your complaint be served on the opposing party or parties.

If you have paid the filing fee, then unless the Court expressly says otherwise (*see, e.g.*, Fed. R. Civ. P. 4(c)(3)), you are responsible for complying with service of process. The service of process rules, which are simply the rules that ensure that a defendant has timely received a copy of the summons and complaint (and thus provide the defendant with direct notice of your lawsuit) are found in Federal Rule of Civil Procedure 4 and this Court's Local Rule 1.10. You must serve each defendant in the manner specifically set forth in the Rules with a copy of the summons and complaint within 90 days after you have filed the complaint. It is your responsibility to timely comply with the Rules, and if you do not, your case may be dismissed.

Revised: 10/14

**6. Your records.** After receiving notice from the Clerk of your case number, you must include the case number on all documents you file with the Court. You should keep a copy of every document you send to the Court (including a copy of your complaint), as you are not entitled to free copies from the Clerk even if you are proceeding *in forma pauperis* (the cost of photocopies is $.50 per page).

**7. Change of address.** Throughout this case, you are required to advise the Court in writing of any change in your mailing address by filing a Notice of Change of Address. As with every document you file with the Court, you must send a copy of your Notice of Change of Address to each defendant and include a certificate of service. You will be notified as soon as any action is taken in your case. The Clerk will mail to you a copy of every order entered by the Court to the last address it has on file. Your failure to keep the Court advised of your current address may result in the dismissal of your case.

**8. Directly corresponding with the Court prohibited.** You may not directly correspond with the Court (or any individual judge) in the form of letters or similar documents. Instead, everything that you submit for the Court's consideration must be filed through the Clerk's Office. The Court will not respond to anything that is not filed through the Clerk's Office, will strike it from the case file, and may return it to you.

**9. Venue.** The complaint will be prosecuted in either the Tampa, Ft. Myers, Orlando, Jacksonville, or Ocala Division of the Court, depending on the county of residence of one or more of the Defendants or the place where the events forming the basis of the complaint occurred. You should name the appropriate division of the Court in the space provided at the top of the complaint form. Each division includes the following counties:

- **Tampa** Division: Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk, and Sarasota.
- **Ft. Myers** Division: Charlotte, Collier, DeSoto, Glades, Hendry, and Lee.
- **Orlando** Division: Brevard, Orange, Osceola, Seminole, and Volusia.
- **Jacksonville** Division: Baker, Bradford, Clay, Columbia, Duval, Flagler, Hamilton, Nassau, Putnam, St. Johns, Suwannee, and Union.
- **Ocala** Division: Citrus, Lake, Marion, and Sumter.

Revised: 10/14

Cases to be filed in the:

**Tampa** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, SAM M. GIBBONS US COURTHOUSE
801 N. FLORIDA AVENUE, ROOM 218
TAMPA, FLORIDA 33602-3800

**Ft. Myers** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, US COURTHOUSE & FEDERAL BUILDING
2110 FIRST STREET, ROOM 2-194
FORT MYERS, FLORIDA 33901-3083

**Orlando** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT
401 W. CENTRAL BOULEVARD, SUITE 1200
ORLANDO, FLORIDA 32801-0120

**Jacksonville** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, US COURTHOUSE
300 NORTH HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4271

**Ocala** Division should be mailed to:

CLERK'S OFFICE, UNITED STATES DISTRICT COURT, GOLDEN-COLLUM MEMORIAL FEDERAL BUILDING AND U.S. COURTHOUSE
207 N.W. SECOND STREET, ROOM 337
OCALA, FLORIDA 34475-6666.

Revised: 10/14